**CGFD28** (10/01/16)



ORDERED in the Southern District of Florida on January 28, 2022



**Peter D. Russin**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 21−20053−PDR
Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Joseph Frank Masella
aka Joseph F. Masella
8580 NW 36th Street #207
Sunrise, FL 33351

SSN: xxx−xx−9757

Jessica Masella
8580 NW 36th Street #207
Sunrise, FL 33351

SSN: xxx−xx−2985

## FINAL DECREE

The trustee, Marc P Barmat, having filed a final report that the estate has been fully administered, is discharged and the case is closed.